IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

AMOS COOPER
ADC# 129093                                                                                   PLAINTIFF

v.                          CASE NO. 2:11CV00045 BSM

A. WINFREY, IRO, East Arkansas Regional Unit
Arkansas Department of Correction et al.                                            DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 15] have been reviewed. There were no objections filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.    Plaintiff Amos Cooper's complaint [Doc. No. 2] should be dismissed with prejudice for failure to state a claim upon which relief may be granted.

2.    All pending motions be denied as moot.

3.    Dismissal of Cooper's complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

4.    It is certified that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 12th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE