IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

AMOS COOPER
ADC# 129093                                                                                    PLAINTIFF

v.                         CASE NO. 2:11CV00045 BSM

A. WINFREY, IRO, East Arkansas Regional Unit
Arkansas Department of Correction et al.                                          DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Further, an *informa pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 12th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE